1 | Frank S. Hedin (SBN 291289)
Hedin LLP
2 | 535 Mission Street, 14th Floor
San Francisco, CA 94105
3 | Telephone:  (305) 357-2107
Facsimile:   (305) 200-8801
4 | E-Mail:      fhedin@hedinllp.com

5 | *Counsel for Plaintiff and
the Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL ARCHER, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-10744-AB-JC |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |
| V. | |
| NBCUNIVERSAL MEDIA, LLC and UNIVERSAL PICTURES HOME ENTERTAINMENT LLC d/b/a GRUV.COM, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff Michael Archer, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following list contains the names of all such parties and identifies their connection and interests:

1. Plaintiff Michael Archer

2. Defendant NBCUniversal Media, LLC

3. Defendant Universal Pictures Home Entertainment LLC d/b/a Gruv.com

4. Hedin LLP (counsel for Plaintiff)

5. Frank S. Hedin (counsel for Plaintiff)

Dated:  December 13, 2024

> Respectfully submitted,
>
> **HEDIN LLP**
>
> By: */s/ Frank S. Hedin*
>
> FRANK S. HEDIN (SBN: 291289)
> 535 Mission Street, 14th Floor
> San Francisco, CA 94105
> Telephone:   (305) 357-2107
> Facsimile:   (305) 200-8801
> E-Mail:      fhedin@hedinllp.com
>
> *Counsel for Plaintiff and the Putative Class*