1  Michael Bleicher (SBN 313892)
2  michael.bleicher@zwillgen.com
   ZWILLGEN PLLC
3  1900 M Street, Suite 250
   Washington, DC 20036
4  Telephone: (202) 706-5251
5  Facsimile: (202) 706-5298

6  *Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL ARCHER, | |
|---|---|
| Plaintiff, | Case No. 2:24-cv-10744-AB-JC |
| v. | **SECOND JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT** |
| NBCUNIVERSAL MEDIA, LLC and UNIVERSAL PICTURES HOME ENTERTAINMENT LLC d/b/a GRUV.COM, | Complaint served: December 16, 2024<br>Current response date: February 5, 2025<br>New response date: February 19, 2025 |
| Defendants. | District Judge: Hon. André Birotte Jr. |

1   Plaintiff Michael Archer ("Plaintiff") and Defendants NBCUniversal Media, LLC and Universal Pictures Home Entertainment LLC d/b/a gruv.com ("Defendants" and with Plaintiff, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on December 13, 2024, Plaintiff filed his Complaint (the "Complaint") against Defendants in this action;

WHEREAS, on December 16, 2024, Defendants were served a copy of the Complaint and Summons;

WHEREAS, Defendants' initial deadline to respond to the Complaint was January 6, 2025;

WHEREAS, on January 2, 2025, the Parties agreed to a 30-day extension of time per L.R. 8-3 for Defendants to respond to the Complaint, to and through February 5, 2025;

WHEREAS, on January 16, 2025, an action similar to this action was filed in the United States District Court for the Southern District of New York, *Todd Cohn v. Universal Pictures Home Entertainment, LLC d/b/a/ Gruv.com*, No. 25-cv-00469 (S.D.N.Y.) ("*Cohn* Action"). The *Cohn* Action alleges a single cause of action under the VPPA on behalf of "[a]ll natural persons in the United States who, while having a Facebook account, purchased a DVD, Blue-ray disc, or digital video code on www.gruv.com."

WHEREAS, Plaintiff's Counsel and Counsel for plaintiff in the *Cohn* Action have agreed in principle to jointly prosecute the two actions. In order to allow the Parties time to meet and confer regarding the most efficient way to proceed (including where the actions should proceed), and to conserve the resources of the Parties and the Court, the Parties respectfully request that the Court extend Defendants' deadline to respond to the Complaint an additional 14 days through and including February 19, 2025;

WHEREAS, the Parties expect that on that date Plaintiff will file an amended complaint (potentially with a briefing schedule for Defendants to respond to that amended complaint) or, if that does not occur, the Parties will submit a proposed plan for how the case should proceed.

WHEREAS, the requested extension for Defendants to respond to the Complaint is made in a timely fashion, in good faith, and not for any purpose of delay. Granting this request for an extension of time will not prejudice any party to this matter;

WHEREAS, this is Defendants second request for an extension of time;

WHEREFORE, given the foregoing, Plaintiff and Defendants have conferred and agree that good cause exists to extend Defendants' deadline to respond to the Complaint from February 5, 2025 to and including February 19, 2025.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. Defendants time to file a responsive pleading in this action shall be extended by an additional 14 days through and including February 19, 2025;

2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of the Parties.

Respectfully submitted,

Dated: February 5, 2025        **ZWILLGEN PLLC**

By: /s/ *Michael Bleicher*
Michael Bleicher (SBN 313892)
michael.bleicher@zwillgen.com

*Attorneys for Defendants*

| | |
|---|---|
| Dated: February 5, 2025 | **HEDIN LLP** |

By: /s/ *Frank S. Hedin*
Frank S. Hedin (SBN 291289)
fhedin@hedinllp.com

*Attorney for Plaintiff*

### SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Joint Stipulation.

By: /s/ *Michael Bleicher*
Michael Bleicher (SBN 313892)
