1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

| MICHAEL ARCHER,<br><br>               Plaintiff,<br>v.<br><br>NBCUNIVERSAL MEDIA, LLC<br>and UNIVERSAL PICTURES<br>HOME ENTERTAINMENT LLC<br>d/b/a GRUV.COM,<br><br>              Defendants. | Case No. 2:24-cv-10744-AB-JC<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: December 16, 2024<br>Current response date: February 5, 2025<br>New response date: February 19, 2025<br><br>District Judge: Hon. André Birotte Jr. |
| --- | --- |

19

**ORDER**

20

21

22

The Parties' Second Joint Stipulation to Extend Time to Respond to Initial Complaint is GRANTED.  Defendants' time to file a responsive pleading in this action shall be extended by 14 days through and including February 19, 2025.

23

24

**IT IS SO ORDERED.**

25

26

Dated:

_____

27

28

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1