1  Michael Bleicher (SBN 313892)
2  michael.bleicher@zwillgen.com
   ZWILLGEN PLLC
3  1900 M Street, Suite 250
   Washington, DC 20036
4  Telephone: (202) 706-5251
5  Facsimile: (202) 706-5298

6
   *Attorney for Defendants*
7
                **UNITED STATES DISTRICT COURT**
8
                **CENTRAL DISTRICT OF CALIFORNIA**
9

10
11 | MICHAEL ARCHER; and TODD COHN, individually and on behalf of all others similar situated, | Case No. 2:24-cv-10744-AB-JC |
12 
13 | Plaintiff, | **JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
14 | v. | |
15 | NBCUNIVERSAL MEDIA, LLC and UNIVERSAL PICTURES HOME ENTERTAINMENT LLC d/b/a GRUV.COM, | Complaint Filed: December 13, 2024 |
16 | | First Amended Complaint Filed: February 29, 2025 |
17 | | |
18 | Defendants. | Current response date: March 5, 2025 |
19 | | |
20 | | New response date: March 12, 2025 |
21 | | District Judge: Hon. André Birotte Jr. |

|   |   |
|---|---|
| 1 | Plaintiffs Michael Archer and Todd Cohn ("Plaintiffs") and Defendants NBCUniversal Media, LLC and Universal Pictures Home Entertainment LLC d/b/a gruv.com ("Defendants" and with Plaintiff, the "Parties"), by and through their respective counsel, stipulate and agree as follows: |

Plaintiffs Michael Archer and Todd Cohn ("Plaintiffs") and Defendants NBCUniversal Media, LLC and Universal Pictures Home Entertainment LLC d/b/a gruv.com ("Defendants" and with Plaintiff, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on December 13, 2024, Plaintiff Archer filed his original complaint (the "Complaint") against Defendants in this action;

WHEREAS, on December 16, 2024, Defendants were served a copy of the Complaint and Summons;

WHEREAS, Defendants' initial deadline to respond to the Complaint was January 6, 2025;

WHEREAS, on January 2, 2025, the Parties agreed to a 30-day extension of time per L.R. 8-3 for Defendants to respond to the Complaint, to and through February 5, 2025 (ECF 14);

WHEREAS, on January 16, 2025, *Todd Cohn v. Universal Pictures Home Entertainment, LLC d/b/a/ Gruv.com*, No. 25-cv-00469 (S.D.N.Y.) ("*Cohn* Action") was initiated in the United States District Court for the Southern District of New York. The *Cohn* Action alleged a single cause of action under the VPPA on behalf of "[a]ll natural persons in the United States who, while having a Facebook account, purchased a DVD, Blue-ray disc, or digital video code on www.gruv.com."

WHEREAS, Counsel for original Plaintiff Archer and Counsel for plaintiff in the *Cohn* Action agreed to jointly prosecute the two actions. To facilitate that joint prosecution, the Parties requested that the Court extend Defendants' deadline to respond to the Complaint an additional 14 days through and including February 19, 2025 (ECF 17), which the Court did (ECF 18);

WHEREAS, on February 19, 2025, Plaintiffs filed the First Amended Complaint "FAC");

WHEREAS, the current deadline for Defendants to respond to the FAC is March 5, 2025;

1

|   |   |
|---|---|
| 1 | WHEREAS, the Parties met and conferred and agree to a 7-day extension, through and including March 12, 2025, for Defendants to respond to Plaintiff's FAC. This extension will provide Defendants' counsel with additional time to investigate the allegations and prepare an appropriate response to the FAC; |

WHEREAS, the Parties met and conferred and agree to a 7-day extension, through and including March 12, 2025, for Defendants to respond to Plaintiff's FAC. This extension will provide Defendants' counsel with additional time to investigate the allegations and prepare an appropriate response to the FAC;

WHEREAS, the requested extension for Defendants to respond to the FAC is made in a timely fashion, in good faith, and not for any purpose of delay. Granting this request for an extension of time will not prejudice any party to this matter;

WHEREAS, this is Defendants' first request for an extension of time to respond to the FAC;

WHEREFORE, given the foregoing, Plaintiffs and Defendants have conferred and agree that good cause exists to extend Defendants' deadline to respond to the FAC from March 5, 2025 to and including March 12, 2025.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. Defendants' time to file a responsive pleading to the FAC shall be extended by an additional 7 days through and including March 12, 2025;

2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of the Parties.

                    Respectfully submitted,

Dated: February 28, 2025       **ZWILLGEN PLLC**

                    By: */s/ Michael Bleicher*
                          Michael Bleicher (SBN 313892)
                          michael.bleicher@zwillgen.com

                    *Attorneys for Defendants*

JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 2:24-cv-10744-AB-JC

Dated: February 28, 2025          **HEDIN LLP**

By: */s/ Frank S. Hedin*
Frank S. Hedin (SBN 291289)
fhedin@hedinllp.com

*Attorney for Plaintiffs*

### SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Joint Stipulation.

By: */s/ Michael Bleicher*
Michael Bleicher (SBN 313892)