UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARCHER,<br><br>             Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC and UNIVERSAL PICTURES HOME ENTERTAINMENT LLC d/b/a GRUV.COM,<br><br>             Defendants. | Case No. 2:24-cv-10744-AB-JC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: December 13, 2024<br><br>First Amended Complaint Filed: February 29, 2025<br><br>Current response date: March 5, 2025<br><br>New response date: March 12, 2025<br><br>District Judge: Hon. André Birotte Jr. |

**ORDER**

The Parties' Joint Stipulation Extending Defendants' Time to Respond to First Amended Complaint is GRANTED. Defendants' time to file a responsive pleading in this action shall be extended by 7 days days through and including March 12, 2025.

**IT IS SO ORDERED.**

Dated: _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE