1  Frank S. Hedin (SBN 291289)
   Hedin LLP
2  535 Mission Street, 14th Floor
   San Francisco, CA 94105
3  Telephone:  (305) 357-2107
   Facsimile:   (305) 200-8801
4  E-Mail:      fhedin@hedinllp.com

5  *Counsel for Plaintiffs and*
   *the Putative Class*

6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL ARCHER; and TODD COHN, individually and on behalf of all others similar situated, | Case No. 2:24-cv-10744-AB-JC |
|---|---|
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NBCUNIVERSAL MEDIA, LLC and UNIVERSAL PICTURES HOME ENTERTAINMENT LLC d/b/a GRUV.COM, | Complaint Filed: December 13, 2024<br>Amended Complaint Filed: Feb. 29, 2025<br><br>Current Hearing Date: April 4, 2025<br>New Hearing Date: April 28, 2025<br><br>Plaintiffs' Current Deadline: March 14, 2025<br>Plaintiff's New Deadline: March 28, 2025<br><br>Defendants' Reply Deadline: Mar. 21, 2025<br>Defendants' New Deadline: April 14, 2025<br><br>District Judge: Hon. André Birotte Jr. |
| Defendants. | |

1    Plaintiffs Michael Archer and Todd Cohn ("Plaintiffs") and Defendants
2    NBCUniversal Media, LLC and Universal Pictures Home Entertainment LLC d/b/a
3    gruv.com ("Defendants") (collectively, the "Parties"), by and through their respective
4    counsel, stipulate and agree as follows:
5    WHEREAS, on December 13, 2024, Plaintiff Michael Archer ("Plaintiff Archer")
6    filed his original complaint (the "Complaint") against Defendants in this action;
7    WHEREAS, on December 16, 2024, Defendants were served a copy of the
8    Complaint and Summons;
9    WHEREAS, Defendants' initial deadline to respond to the Complaint was January
10   6, 2025;
11   WHEREAS, on January 2, 2025, the Parties agreed to a 30-day extension of time
12   per L.R. 8-3 for Defendants to respond to the Complaint, up to and including February
13   5, 2025 (ECF No. 14);
14   WHEREAS, on January 16, 2025, Plaintiff Todd Cohn ("Plaintiff Cohn") filed a
15   separate complaint against Universal Pictures Home Entertainment, LLC d/b/a/
16   gruv.com, in the United States District Court for the Southern District of New York.
17   WHEREAS, Counsel for Plaintiff Archer and Counsel for Plaintiff Cohn agreed
18   to jointly prosecute the two actions.
19   WHEREAS, on February 19, 2025, Plaintiffs filed the First Amended Complaint
20   "FAC") (ECF No. 19);

1  WHEREAS, on March 5, 2025, Defendants filed a Motion to Dismiss the FAC

2  (the "Motion") (ECF No. 25);

3  WHEREAS, the Parties met, conferred, and agreed to continue the Motion

4  hearing scheduled on April 4, 2025 to April 28, 2025, to extend Plaintiff's response

5  deadline by 14 days from March 14, 2025 to March 28, 2025, and to extend Defendant's

6  reply deadline from March 21, 2025 to April 14, 2025.  This extension will provide

7  Plaintiffs' counsel with additional time to investigate the arguments made in the Motion

8  in light of the press of other matters, and to prepare an appropriate response to the

9  Motion. The extension will also appropriately move and modestly extend Defendants'

10 deadline to prepare their reply brief in support of the Motion, which counsel anticipates

11 requiring given their own upcoming professional commitments;

12 WHEREAS, the requested continuance and extension are made in a timely

13 fashion, in good faith, and not for any purpose of delay. Granting this request for a

14 continuance and extensions of time will not prejudice any party to this matter;

15 WHEREAS, this is the Parties' first request for a continuance and an extension of

16 time with respect to the Motion hearing and the deadlines for Plaintiffs' opposition and

17 Defendants' reply briefs related to the Motion;

18 WHEREFORE, given the foregoing, Plaintiffs and Defendants have conferred and

19 agree that good cause exists to continue the hearing and extend the Parties' deadlines to

20 file their response and reply related to the Motion.

# STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. The hearing on Defendant's Motion to Dismiss is continued to April 28, 2025 at 10:00 AM;

2. Plaintiffs' deadline to file a response to the Motion is extended from March 14, 2025 to March 28, 2025.

3. Defendants' deadline to file a reply is extended from March 21, 2025 to April 14, 2025.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of the Parties.

Respectfully submitted,

Dated: March 6, 2025            **HEDIN LLP**

By: /s/ *Frank S. Hedin*
Frank S. Hedin (SBN 291289)
fhedin@hedinllp.com

*Attorney for Plaintiffs and Putative Class*

1 | Dated: March 6, 2025           ZWILLGEN PLLC

By: /s/ *Sheri Pan*
     Sheri Pan (SBN 316136)
     Email: sheri@zwillgen.com

*Attorney for Defendants*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in, and have authorized the filing of this Joint Stipulation.

By: /s/ *Frank S. Hedin*
     Frank S. Hedin (SBN 291289)