UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARCHER; and TODD COHN, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC and UNIVERSAL PICTURES HOME ENTERTAINMENT LLC d/b/a GRUV.COM,<br><br>Defendants. | Case No. 2:24-cv-10744-AB-JC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND TO EXTEND BRIEFING SCHEDULE** |

**ORDER**

The Parties' Joint Stipulation to Continue Hearing on Defendant's Motion to Dismiss and to Extend Briefing Schedule is GRANTED. The hearing on Defendant's Motion to Dismiss is continued to April 28, 2025 at 10:00 AM, Plaintiffs' deadline to file a response to the Motion is extended to March 28, 2025, and Defendants' deadline to file a reply is extended to April 14, 2025.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE