1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11     MICHAEL ARCHER,

Case No. 2:24-cv-10744-AB-JC

12                        Plaintiff,

**ORDER GRANTING JOINT
STIPULATION TO EXTEND
DEFENDANTS' TIME TO
RESPOND TO FIRST AMENDED
COMPLAINT**

13     v.
14     NBCUNIVERSAL MEDIA, LLC
and UNIVERSAL PICTURES
15     HOME ENTERTAINMENT LLC
d/b/a GRUV.COM,
16
17                        Defendants.
18
19
20
21
22
23
24
25
26
27
28

1

**ORDER**

2          The Parties' Joint Stipulation Extending Defendants' Time to Respond to

3    First Amended Complaint is GRANTED.  Defendants' time to file a responsive

4    pleading in this action shall be extended by 7 days through and including March

5    12, 2025.

6

7          **IT IS SO ORDERED.**

8

9     Dated: March 6, 2025

10                                        HONORABLE ANDRÉ BIROTTE JR.
                                          UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28