**JUDGE ANDRÉ BIROTTE JR.**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The Court ORDERS the parties to make every effort to agree on dates.***

| Case No. 2:24-cv-10744 | Case Name: Archer et al. v. NBCUniversal Media LLC et al., |
|---|---|

| **Trial and Final Pretrial Conference Dates** | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
|---|---|---|
| Check one:  ☒ Jury Trial   or   ☐ Court Trial<br>*[Monday at 8:30 a.m., about 18 months after Complaint filed]*<br>Estimated Duration, in days: | 06/22/2026<br><br>5 days | 23 months following the resolution of Defendants' Motion to Dismiss ("Discovery Date")<br><br>5 days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine<br>*[Friday at 11:00 a.m., at least 17 days before trial]* | 06/05/2026 | 22 months following Discovery Date |

| **Event**[1]<br>*Note:* Hearings must be on Fridays at 10:00 a.m.<br>Other dates can be any day of the week. | **Suggest. Weeks Before FPTC**[2] | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
|---|---|---|---|
| Last Date to *Hear* Motions to Amend Pleadings/Add Parties *[Friday]* | 12-16 weeks after Sched. Conf. | 08/08/2025 | 08/08/2025 |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for *filing* dispositive motion)** | 17 | 02/27/2026 | 10 months following Discovery Date |
| Expert Disclosure (Initial) | | 10/06/2025 | 12 months following Discovery Date |
| Expert Disclosure (Rebuttal) | | 11/06/2025 | 14 months following Discovery Date |
| Expert Discovery Cut-Off | 12[3] | 02/27/2026 | 17 months following the Discovery Date |
| Last Date to *Hear* Motions *[Friday]*<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed<br>**For Cross-Motions, see Standing Order.** | 12 | 03/13/2026 | 19 months following the Discovery Date |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10 | 03/27/2026 | 20 months following Discovery Date |
| ***Alternative Dispute Resolution ("ADR") Procedure (select one)***:<br>(Magistrate Judge *[with Court approval],* Court's Mediation Panel, or Private Mediation) | | ☐ 1. Mag. Judge<br>☐ 2. Panel<br>☒ 3. Private | ☐ 1. Mag. Judge<br>☐ 2. Panel<br>☒ 3. Private |

---

[1] **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.** *This is often appropriate for class actions, patent cases, and ERISA cases.*
[2] **This is the Court's recommended default timeline for certain events. The parties are welcome to propose different intervals as needed for their case.**
[3] **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**

| | | | |
|---|---|---|---|
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 minimum | 05/15/2026 | 21 months following Discovery Date |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 minimum | 05/22/2026 | 21.5 months following the Discovery Date |

**[Revised March 15, 2024]**