FRANK S. HEDIN (SBN 291289)
**HEDIN LLP**
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (954) 317-0095
E-Mail:    fhedin@hedinllp.com

JULIAN HAMMOND (SBN 268489)
**HAMMONDLAW, P.C.**
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Telephone: (310) 601-6766
Facsimile: (310) 295-2385
E-Mail:    jhammond@hammondlawpc.com

*Counsel for Plaintiffs and Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARCHER; and TODD COHN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC and UNIVERSAL PICTURES HOME ENTERTAINMENT LLC d/b/a GRUV.COM,<br><br>Defendants. | Case No. 2:24-cv-10744-AB-JC<br><br>**STIPULATION OF DISMISSAL** |

1  Plaintiff Michael Archer, Plaintiff Todd Cohn, and Defendants NBCUniversal
2  Media LLC and Universal Pictures Home Entertainment LLC hereby stipulate under
3  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with
4  prejudice as to Plaintiffs individual claims, causes of action, and parties, with each
5  party bearing that party's own attorney's fees and costs.

7  Dated:  December 18, 2025          Respectfully submitted,

                                      By: /s/ Frank S. Hedin               .

                                      FRANK S. HEDIN (SBN 291289)
                                      **HEDIN LLP**
                                      535 Mission Street, 14th Floor
                                      San Francisco, CA 94105
                                      Telephone:  (305) 357-2107
                                      Facsimile:   (954) 317-0095
                                      E-Mail:      fhedin@hedinllp.com

                                      JULIAN HAMMOND (SBN 268489)
                                      **HAMMONDLAW, P.C.**
                                      1201 Pacific Ave, 6th Floor
                                      Tacoma, WA 98402
                                      Telephone:  (310) 601-6766
                                      Facsimile:   (310) 295-2385
                                      E-Mail: jhammond@hammondlawpc.com

                                      *Counsel for Plaintiffs and Putative Class*

                                      By: /s/ Michael Bleicher  (w/ permission)
                                      Michael Bleicher (SBN 313892)
                                      michael.bleicher@zwillgen.com
                                      **ZWILLGEN PLLC**
                                      1900 M Street NW, Suite 250
                                      Washington, DC 20036
                                      Telephone: (202) 296-3585

                                      Sheri Pan (SBN 316136)

2
STIPULATION OF DISMISSAL

1  sheri@zwillgen.com
   **ZWILLGEN LAW LLP**
2  369 Pine Street, Suite 506,
3  San Francisco, CA 94104
   Telephone: 415) 590-2335
4

5  *Attorneys for Defendants*

STIPULATION OF DISMISSAL